IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| XIAORONG LAN, | § § § | |
| *Plaintiff,* | § § | SA-22-CV-00769-FB |
| vs. | § § § | |
| UNIVERSITY OF TEXAS AT SAN ANTONIO, DR. JUAN MANUEL SANCHEZ, ASSOCIATE DEAN, CARLOS ALVAREZ COLLEGE OF BUSINESS; AND DR. HARRISON LIU, PHD ADVISOR, CARLOS ALVAREZ COLLEGE OF BUSINESS; | § § § § § § § § § | |
| *Defendants.* | § § | |

**ORDER**

Before the Court in the above-styled cause of action is Plaintiff's Motion for Finding the Law [#15].  By his motion, Plaintiff, who is proceeding *pro se* in this case, asks the Court to assist her in understanding the substantive law applicable to the various claims at issue in this case, as Plaintiff has little knowledge of the law.  The Court understands Plaintiff's motion to be asking for assistance in the prosecution of his case.  Plaintiff already requested the appointment of an attorney, but the motion was denied.  The Court is the neutral decisionmaker in this case and does not assist the parties by briefing them on the law governing their case or assist their prosecution or defense of the claims at issue.  The Court is aware that Plaintiff, as a lay person not trained in the law, may not have an understanding of the governing legal standards at issue in her case.  Plaintiff does, however, have a strong command of the facts underlying her case.  At this stage in the proceedings, that is sufficient.

The record reflects that Plaintiff has completed Form USM-285 for service of her Complaint and summons on Defendant University of Texas at San Antonio. The U.S. Marshals Service will complete service on Plaintiff's behalf. Under the Federal Rules of Civil Procedure, service must be completed within 90 days of the filing of Plaintiff's Complaint. *See* Fed. R. Civ. P. 4(m). Once service is complete, Defendant is required to file a response to Plaintiff's Complaint within 21 days of service. Fed. R. Civ. P. 12(a)(1)(A)(i). After Defendant has filed a response, the Court will set this case for an initial pretrial conference and discuss the management of this case with the parties and the next steps in this litigation. Fed. R. Civ. P. 16. The undersigned usually sets a case for an initial pretrial conference within 60 days of the defendant filing an answer.

In the interim, Plaintiff is directed to familiarize herself with the following resources available to *pro se* litigants to assist her in understanding the process of litigating a case in federal court:

- Rules 16 and 26 of the Federal Rules of Civil Procedure, available at: www.uscourts.gov/file/rules-civil-procedure

- This Court's Local Rules, particularly Local Rules 16 and 26, available at https://www.txwd.uscourts.gov/court-information/lcr-civil-rules/

- "Complete Pro Se Manual" which is available on the Court's website at: https://www.txwd.uscourts.gov/filing-without-an-attorney/pro-se-manual/.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Finding the Law [#15] is **DISMISSED**.

SIGNED this 2nd day of September, 2022.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE