IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

XIAORONG LAN, §
§
*Plaintiff,* § SA-22-CV-00769-FB
§
vs. §
§
UNIVERSITY OF TEXAS AT SAN §
ANTONIO, DR. JUAN MANUEL §
SANCHEZ, ASSOCIATE DEAN, §
CARLOS ALVAREZ COLLEGE OF §
BUSINESS; AND DR. HARRISON LIU, §
PHD ADVISOR, CARLOS ALVAREZ §
COLLEGE OF BUSINESS; §
§
*Defendants.* §

## ORDER

Before the Court in the above-styled cause of action is Plaintiff's Motion to Compel Production of Documents [#66]. By her motion, Plaintiff, who is proceeding *pro se*, asks the Court to compel Defendant University of Texas at San Antonio ("UTSA") to produce documents responsive to Plaintiff's First Request for Production. The Court will deny the motion. Per UTSA's response to Plaintiff's motion [#68], which is supported by various exhibits documenting the parties' discovery process, UTSA has provided initial and supplemental responses to Plaintiff's Requests for Production and has confirmed that it will provide the remaining documents responsive to RFP #3 no later than Friday, October 6, 2023.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Compel Production of Documents [#66] is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant University of Texas at San Antonio provide its supplemental responsive documents to RFP #3 on or before **October 6, 2023**.

**IT IS SO ORDERED.**

SIGNED this 29th day of September, 2023.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE