IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| XIAORONG LAN, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. SA-22-CV-769-FB |
| § | |
| UNIVERSITY OF TEXAS AT SAN § | |
| ANTONIO, § | |
| § | |
| Defendant. § | |

# **J U D G M E N T**

The Court considered the Judgment to be entered in the above-styled and numbered cause.

Consistent with the Order Accepting Report and Recommendation of United States Magistrate Judge filed in this cause on this same date,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Report and Recommendation of United States Magistrate Judge (docket #95) is ACCEPTED such that Defendant University of Texas at San Antonio's Motion for Summary Judgment (docket #83) is GRANTED; Plaintiff's Motion for Partial Summary Judgment (docket #67) and Plaintiff's Motion for Summary Judgment (docket #84) are DENIED; and this case is DISMISSED WITH PREJUDICE as all claims have now been disposed of by the Court.

IT IS FURTHER ORDERED that motions pending, if any, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 30th day of June, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE