UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

San Antonio DIVISION

Xiaorong Lan

(*Plaintiff*)

CIVIL ACTION NO. SA22CA0769

vs

University of Texas at San Antonio

(*Defendant*)

Notice of Appeal

Notice is hereby given that the United States of America, plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the order of this Court *Oder accepting Report and Recommendation of United States Magistrate Judge* (Doc. 100), entered on *June 30th, 2024.*

Respectfully submitted,

Xiaorong Lan



## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served in accordance with the Federal Rules of Civil Procedure to the following counsel of record via electronic service on the 30th day of 2024, as follows: ATTORNEYS FOR DEFENDANTS

Mason Currah

Assistant Attorney General

Office of the Attorney General

General Litigation Division

209 West 14thStreetAustin, TX 78701

Mason.Currah@oag.texas.gov

Xiaorong Lan

