**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

FILED
APR 28 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

April 28, 2025

Mr. Philip Devlin
Western District of Texas, San Antonio
United States District Court
262 W. Nueva Street
Suite G65
San Antonio, TX 78207

No. 24-50546   Lan v. University of Texas
              USDC No. 5:22-CV-769-FB

Dear Mr. Devlin,

We have received the Supreme Court order denying certiorari. We previously sent you the judgment issued as mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Renee S. McDonough, Deputy Clerk
504-310-7673

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

April 28, 2025

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Xiaorong Lan
v. University of Texas at San Antonio
No. 24-6660
(Your No. 24-50546)     5:22-cv-769-FB

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk

